**UNITED STATE DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON**

| | |
|---|---|
| Veronika Kim Cardenas<br><br>                    Plaintiff,<br>v.<br><br>Crowley Maritime Corporation; American Petroleum Tankers, LLC.; Intrepid Personnel & Provisioning, INC.; Intrepid Ship Management, INC., in personam; The F/T EMPIRE STATE, her engines, machinery, appurtenances and cargo, in rem;<br>                    Defendants, | NO.<br><br>AT LAW AND AT ADMIRALTY<br><br>SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR DAMAGES, FOR PERSONAL INJURIES, CLAIM FOR MAINTENANCE AND CURE—ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. §1916<br><br>JURY TRIAL REQUESTED |

COMES NOW, plaintiff Veronika Kim Cardenas, by and through her attorney of record, Neil Lindquist, for a cause of action against the above-named defendants, alleges as follows:

1. Plaintiff, Veronika Kim Cardenas, brings and maintains this action pursuant to 28 U.S.C. §1333; The Jones Act (46 U.S.C. §30104), U.S. Const. Art. III, sec 2, and the general maritime law. This action is further brought pursuant to 28 U.S.C. § 1916 without prepayment of costs.

2. Plaintiff Veronika Kim Cardenas is a seaman for purposes of 46 U.S.C. §30104. Plaintiff has at all times material hereto resided in King County, Washington.

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR DAMAGES, FOR PERSONAL INJURIES, CLAIM FOR MAINTENANCE AND CURE—ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. §1916

The Law Office of Neil T. Lindquist
1204 N 10th Pl. Suite #2345.
Renton, WA. 98057
T: 425-372-7799
E: Neil@LindquistLegal.Com

3. Defendant herein, Crowley Maritime Corporation is registered as a Foreign Profit Corporation under and by virtue of the laws of Washington State and maintains a registered agent located at 300 Deschutes Way SW, Ste 304, Tumwater, WA, 98501. Crowley Maritime Corporation conducts significant business in the State of Washington and is organized and existing under the laws of the State of Delaware, with its address and principal office located at 9487 Regency Square Blvd, Jacksonville, Florida, 32225. Crowley Maritime Corporation maintains a place of business in the Western District of Washington located at 1102 S.W. Massachusetts St., Seattle, Washington 98134. At all times herein mentioned, Crowley Maritime Corporation was acting by and through its officers, agents, servants, employees and representatives.

4. The F/T EMPIRE STATE is a 576-foot vessel documented by the United States, official number 1225143. Said vessel has her home port in Wilmington, Delaware and is registered to defendant American Petroleum Tankers, LLC. and Intrepid Ship Management, Inc.  Said vessel will be found in the Western District of Washington during the pendency of this action.

5. Defendant American Petroleum Tankers, LLC. is a subsidiary of Crowley Maritime Corporation and has a principle office located at 9487 Regency Square Blvd, Jacksonville, Fl, 32225-8183, United States.

6. Defendant Intrepid Personnel & Provisioning, Inc is a subsidiary of Crowley Maritime Corporation and has a principle office located at 9487 Regency Square Blvd,

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR DAMAGES, FOR PERSONAL INJURIES, CLAIM FOR MAINTENANCE AND CURE—ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. §1916

The Law Office of Neil T. Lindquist
1204 N 10th Pl. Suite #2345.
Renton, WA. 98057
T: 425-372-7799
E: Neil@LindquistLegal.Com

Jacksonville, Fl, 32225-8183, United States.

7. Defendant Intrepid Ship Management, Inc is a subsidiary of Crowley Maritime Corporation and has a principle office located at 9487 Regency Square Blvd, Jacksonville, Fl, 32225-8183, United States.

8. During all times herein mentioned said vessel was owned or bareboat chartered by the defendants and was engaged in maritime commerce.

9. On November 17, 2016, Plaintiff boarded Defendants' vessel F/T EMPIRE STATE in Cherry Point, Washington to work as a Steward during the voyage.

10. On or about November 25, 2018 Plaintiff was employed by the Defendant(s) as a member of the crew, in the service of F/T EMPIRE STATE and was at all times acting within the course and scope of her duties as Chief Steward in furtherance of the mission of said vessel.

11. On or about November 20, 2016 while said vessel was in the navigable waters of the United States, plaintiff contracted bronchitis and began experiencing auditory hallucinations.  Upon receiving medical treatment in Anchorage, Alaska, Plaintiff was declared unfit for duty.  Plaintiff prays leave to amend this complaint when the full extent of her injuries and disabilities is ascertained.

12.  As a direct and proximate result of the foregoing, plaintiff was caused to and did incur reasonable charges for medical care and attention.  Plaintiff does not know the reasonable value of said medical care and attention already rendered or to be rendered in the future

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR DAMAGES, FOR PERSONAL INJURIES, CLAIM FOR MAINTENANCE AND CURE—ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. §1916

The Law Office of Neil T. Lindquist
1204 N 10th Pl. Suite #2345.
Renton, WA. 98057
T: 425-372-7799
E: Neil@LindquistLegal.Com

and therefore, prays leave to amend this complaint to show the same.

13. As a further result of the foregoing, Plaintiff was unable to engage in her normal and usual occupation from November 25, 2016 to July 12, 2017, at which time she was medically cleared for duty.

14. On or about October 1, 2017 Plaintiff was once again declared medically unfit for duty due to medical conditions related to her employment aboard the F/T EMPIRE STATE. Plaintiff remains unfit for duty at the time of filing this complaint.

15. Plaintiff's future ability to be able to engage in her normal and usual occupation remains uncertain, and she prays leave to amend this complaint to allege the full extent of said loss when the full damage is ascertained.

16. Plaintiff demands maintenance from the defendant(s) in a per diem amount sufficient to recuperate on land with room and board at least equal to that received on Defendants' vessel, until Plaintiff reaches maximum cure or until Plaintiff is declared fit for duty, whichever last occurs. Plaintiff further demands the actual cost of cure until the plaintiff is fully cured, and if never cured, Plaintiff demands the cost of cure for the remainder of plaintiff's natural life.

17. Despite numerous requests by Plaintiff, maintenance and cure has not been timely paid by Defendants. Defendants unreasonably and willfully failed to pay maintenance and cure to Plaintiff. The ongoing failure to pay maintenance and cure has caused significant damages to Plaintiff which she now seeks to recover for. Plaintiff is entitled to

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR DAMAGES, FOR PERSONAL INJURIES, CLAIM FOR MAINTENANCE AND CURE—ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. §1916

The Law Office of Neil T. Lindquist
1204 N 10th Pl. Suite #2345.
Renton, WA. 98057
T: 425-372-7799
E: Neil@LindquistLegal.Com

compensatory damages—including contingent attorney fees—for the negligent failure to pay maintenance and cure. Plaintiff is entitled to reasonable attorney fees for the arbitrary and capricious failure to pay maintenance and cure. Plaintiff is entitled to punitive damages for the willful and wanton failure to pay maintenance and cure.

18. Plaintiff's medical expenses incurred during her initial treatment on November 25, 2016 remained outstanding for 457 days until February 25, 2018.  See Exhibit 1 – Crowley Maritime Corporation Payment Timetable of Plaintiff's Expenses.  Throughout this period of time, Defendant Crowley Maritime Corporation callously disregarded their obligations to Plaintiff by misleading her into believing that all expenses had been paid or were in the process of being paid.  Furthermore, Crowley Maritime Corporation failed to respond to Plaintiff's numerous inquiries regarding the payment status of various medical bills.  The number of bills which were left unpaid or sent to creditors remains unknown to Plaintiff at this time and she prays leave to amend this complaint to allege the full scope of unpaid medical expenses until it can be fully ascertained.  Because the responsibility for payment was solely that of the Defendants', this matter will likely require discovery.

19. Defendant Crowley Maritime Corporation's failure was, in part, based on a mistaken premise that Plaintiff was submitting medical expenses for treatment unrelated to her employment aboard the F/T EMPIRE STATE.  Despite Plaintiff's numerous objections stating otherwise, Defendants' failed to investigate the nature and purpose of Plaintiff's medical treatments and left Plaintiffs' accounts outstanding, in arrears and sent to

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR DAMAGES, FOR PERSONAL INJURIES, CLAIM FOR MAINTENANCE AND CURE—ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. §1916

The Law Office of Neil T. Lindquist
1204 N 10th Pl. Suite #2345.
Renton, WA. 98057
T: 425-372-7799
E: Neil@LindquistLegal.Com

collection by creditors.  Thus far, Plaintiff has been contacted by creditors on multiple occasions.

20. On multiple occasions, Defendant Crowley Maritime Corporation has asserted the mistaken premise that Plaintiff was submitting medical mills for treatments "unrelated to [her] claim" and thereby unreasonably refused, or willfully disregarded their obligation to pay Plaintiff's outstanding medical expenses.  Because of this mistaken belief, Defendant Crowley Maritime Corporation refused to pay Plaintiff's medical costs incurred on December 5, 2016 until March 1, 2018.  See Exhibit 2 & 3 – Crowley Maritime Corporation Emails.

21. The full breath of Defendants' failed investigation and subsequent refusal to pay medical expenses is currently unknown and will likely require discovery.  At this time, Plaintiff prays leave to amend this complaint once the full scope of Defendants' unreasonable refusals can be ascertained.

22. Eighty-nine (89) days following the filing of this action, plaintiff waives the physician-patient privilege, under protest, and only on condition that the Court holds that a waiver is required in this case. This waiver is made pursuant to RCW 5.60.060(4)(b), as amended by Chapter 305, Laws of 1986; as limited by the civil discovery rules. Specifically, plaintiff authorizes no ex-parte contacts or inquiry to medical personnel regarding matters not reasonably calculated to lead to the discovery of admissible evidence. This waiver is made subject to plaintiff's challenge to the constitutionality of RCW 560.060(4)(b) on

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR DAMAGES, FOR PERSONAL INJURIES, CLAIM FOR MAINTENANCE AND CURE—ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. §1916

The Law Office of Neil T. Lindquist
1204 N 10th Pl. Suite #2345.
Renton, WA. 98057
T: 425-372-7799
E: Neil@LindquistLegal.Com

privacy grounds, and the applicability of said statute to federal causes of action brought in federal court.

WHEREFORE, plaintiff prays judgment against the defendants as follows:

1. For a declaration that the plaintiff holds claim to a preferred maritime lien against the defendant vessel, her engines, machinery, appurtenances and cargo.

2. For arrest, condemnation and sale of the defendant vessel including her engines, machinery, appurtenances and cargo.

3. For general damages, including damages for loss of consortium, as are reasonable and fair;

4. For such special damages, including found, as may be shown by the proofs herein;

5. For maintenance and cure, and for consequential and punitive damages for failure to pay same;

6. For pre-judgment interest on all claims as is in the law provided;

7. For costs of suit and reasonable attorney fees;

8. For such other and further relief, including punitive damages, as is met and just in the circumstances.

DATED this 29th day of May, 2018.

LAW OFFICE OF NEIL T. LINDQUIST

By: __/s/ Neil T. Lindquist_____
Neil T. Lindquist, WSBA #52111
Attorney for Plaintiff
1204 N 10th Pl., Suite 2345

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR DAMAGES, FOR PERSONAL INJURIES, CLAIM FOR MAINTENANCE AND CURE—ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. §1916

The Law Office of Neil T. Lindquist
1204 N 10th Pl. Suite #2345.
Renton, WA. 98057
T: 425-372-7799
E: Neil@LindquistLegal.Com

Renton, WA.  98057
Telephone: (425) 372-7799
Email:  Neil@LindquistLegal.Com

I am the attorney for the plaintiff in this action and have knowledge of the matters asserted in the above complaint based upon information provided by the plaintiff.

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the allegations of the above complaint are true and correct to the best of my knowledge and belief.

Dated at Renton, Washington this 29th day of May, 2018.

       /s/ Neil T. Lindquist
Neil Thomas Lindquist

SEAMAN'S COMPLAINT IN REM AND IN PERSONAM FOR DAMAGES, FOR PERSONAL INJURIES, CLAIM FOR MAINTENANCE AND CURE—ALL WITHOUT PAYMENT OF COSTS, 28 U.S.C. §1916

The Law Office of Neil T. Lindquist
1204 N 10th Pl. Suite #2345.
Renton, WA. 98057
T: 425-372-7799
E: Neil@LindquistLegal.Com