UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERONIKA KIM CARDENAS,<br><br>  Plaintiff,<br><br>  v.<br><br>CROWLEY MARITIME CORPORATION, et al.,<br><br>  Defendants. | CASE NO. C18-0782JLR<br><br>ORDER STRIKING MOTION FOR A PROTECTIVE ORDER |

Before the court is Defendant Intrepid Personnel & Provisioning, Inc.'s ("Intrepid Personnel") motion for a protective order striking Plaintiff Veronika Cardenas' Federal Rule of Civil Procedure 30(b)(6) deposition notice. (Mot. (Dkt. # 25).) Intrepid Personnel filed that motion without first requesting a conference with the court. (*See* Dkt.) The motion therefore contravenes the court's August 1, 2018, scheduling order. (*See* Sched. Order (Dkt. # 19) at 2 (citing Fed. R. Civ. P. 16(b)(3)(B)(v)) ("[P]ursuant to Federal Rule of Civil Procedure 16, the Court 'direct[s] that before moving for an order

ORDER - 1

relating to discovery, the movant must request a conference with the court' by notifying [the courtroom deputy] . . . ." (second alteration in original))); *see also* Fed. R. Civ. P. 16(b)(3)(B)(v) (permitting the court, in its scheduling order, to "direct that before moving for an order relating to discovery, the movant must request a conference with the court").
The court therefore STRIKES Intrepid Personnel's motion for a protective order (Dkt. # 25) without prejudice to renewing the motion in a manner that comports with the court's scheduling order.

Dated this 7th day of March, 2019.

JAMES L. ROBART
United States District Judge