UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| VERONIKA KIM CARDENAS,<br><br>                     Plaintiff,<br>     v.<br><br>CROWLEY MARITIME<br>CORPORATION, et al.,<br><br>                     Defendants. | CASE NO. C18-0782JLR<br><br>ORDER GRANTING IN PART AND DENYING IN PART PLAINTIFF'S MOTION FOR A CONTINUANCE OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT |

     This matter comes before the court upon Plaintiff Veronika Kim Cardenas's motion for a Federal Rule of Civil Procedure 56(d) continuance of Defendants Intrepid Personnel & Provisioning, Inc., American Petroleum Tanks, LLC, Intrepid Ship Management, Inc., and Crowley Maritime Corporation's (collectively, "Defendants") motion for summary judgment. (MET (Dkt. # 23); *see also* MSJ (Dkt. # 20).) The court has reviewed the motion, Defendants' response (Resp. (Dkt. #29)), the relevant portions

ORDER - 1

of the record, and the applicable law. Being fully advised,[1] the court GRANTS in part and DENIES in part Ms. Cardenas's motion.

Ms. Cardenas filed her suit on May 29, 2018 (Compl. (Dkt. # 1)), and on August 1, 2018, the court set a trial date of November 11, 2019 (Sched. Order (Dkt. # 19)). Discovery closes on July 22, 2019, and the cut-off for dispositive motions is August 20, 2019. (*See id.* at 1.)

On February 26, 2019, Defendants filed an early motion for summary judgment. (*See* MSJ.) On March 7, 2019, Ms. Cardenas filed the present motion. (*See* MET.) Pursuant to Rule 56(d), Ms. Cardenas asks for a continuance of the deadline for her response to Defendants' motion for summary judgment "up to and including the scheduled discovery cutoff of July 22, 2019." (*See id.* at 1); *see also* Fed. R. Civ. P. 56(d).

Rule 56(d) provides, in pertinent part, that if a party shows that "for specified reasons, it cannot present facts essential to justify its opposition," the court may "defer considering the motion" and "allow time to . . . take discovery." *See* Fed. R. Civ. P. 56(d)(1), (2). Ms. Cardenas identifies five areas of discovery that she needs from Defendants to respond effectively to Defendants' motion. (*See* MET at 2.) To obtain this discovery, she proposes (1) taking a Federal Rule of Civil Procedure 30(b)(6) deposition on April 12, 2019, (2) issuing interrogatories, document requests, and requests for

---

[1] No party has asked for oral argument (*see* MET at 1; Resp. at 1), and the court does not consider oral argument to be helpful to its disposition of this motion, *see* Local Rules W.D. Wash. LCR 7(b)(4).

admission, and (3) taking the deposition of a claims adjuster. (*Id.* at 4.) Ms. Cardenas' showing satisfies the requirements of Rule 56(d), and accordingly the court will grant her an extension of time to respond to Defendants' motion for summary judgment. However, Ms. Cardenas does not need until the July 22, 2019, discovery cutoff to complete the discovery she proposes in her motion. Accordingly, the court grants her two additional months to complete her discovery and file her response to Defendants' motion for summary judgment.

Based on the foregoing, the court GRANTS in part and DENIES in part Ms. Cardenas's motion (Dkt. # 23). The court DIRECTS the Clerk to renote Defendants' Motion for Summary Judgment (Dkt. # 20) to Friday, May 17, 2019. Ms. Cardenas' response to that motion is now due on or before Monday, May 13, 2019. The court ORDERS the parties to cooperate in completing the discovery listed above regarding the pending issues.

Dated this 13th day of March, 2019.

JAMES L. ROBART
United States District Judge