# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| VERONIKA KIM CARDENAS,<br><br>Plaintiff,<br>v.<br><br>CROWLEY MARITIME CORPORATION, et al.,<br><br>Defendants. | CASE NO. C18-0782JLR<br><br>ORDER GRANTING STIPULATED MOTION |

Before the court is the parties' stipulated motion seeking an extension of the discovery cutoff from July 22, 2019, to August 9, 2019, for the limited purpose of taking the depositions of (1) Sundeep Randhawa, M.D., and (2) Tracie Miller. (Stip. Mot. (Dkt. # 39) at 1.) The court GRANTS the motion but solely to allow the parties to conduct the two referenced depositions. The parties may not conduct any other discovery following July 22, 2019, discovery cutoff. (*See* Sched. Order (Dkt. # 19) at 1 (setting the discovery

//

1 | cutoff on July 22, 2019).)  In addition, the court will not grant any further case schedule

2 | modifications based on the parties' inability to timely complete discovery.

3 |     Dated this 8th day of July, 2019.

*(signature)*

JAMES L. ROBART
United States District Judge